Steven M. Cox, Esq.
PCC #11552  SB # 005094
smcox@waterfallattorneys.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
(520)790-5828

Attorneys for Metric Roofing, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SETH MICHAEL WINTERS and GENEVIEVE ALYCE WINTERS,<br><br>Debtors.<br>_____<br><br>METRIC ROOFING, INC.,<br><br>Plaintiff,<br>vs.<br><br>SETH MICHAEL WINTERS and GENEVIEVE ALYCE WINTERS, Debtors; and DIANNE C. KERNS, as Chapter 13 Trustee,<br><br>Respondents. | NO. 4:15-bk-14945-BMW<br><br><br><br><br><br>Adversary No. 4:16-ap-00108-BMW<br><br>(Chapter 13)<br><br>**COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF DEBT, UNDER 11 U.S.C. §523(a)(4) AND (6)** |

Metric Roofing, Inc. ("Plaintiff" or "Metric") hereby states and alleges, for its Complaint

against Seth Michael Winters and Genevieve Alyce Winters ("Winters", "Defendants" or "Debtors"),

as follows:

<u>General Allegations</u>

1.      This adversary proceeding seeks denial of Debtors' discharge as to the debt owed to

Plaintiff by Debtors, and it is a core proceeding over which this Court has jurisdiction pursuant to 28

U.S.C. §157(b), and 11 U.S.C. §523(a).  Venue is proper pursuant to 28 U.S.C. §1409(a).

2.      Defendants are husband and wife and are the Debtors in this Chapter 13 case, and

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

1  Plaintiff is a creditor of Defendants.  Defendants submitted a proposed Chapter 13 Plan in their

2  bankruptcy case which has not provided any particular treatment of Plaintiff's claim for the debt.

3      3.    This is an adversary proceeding to determine the dischargeability of a debt, owed by

4  Defendants to Plaintiff, pursuant to 11 U.S.C. §523(a)(4), and/or (6).

5      4.    At the time of filing this case, Defendants were indebted to Plaintiff in the sum of

6  $538,052.16, which debt is the result of a Judgment entered on October 23, 2015 in the Superior Court

7  for the State of Arizona, In and For the County of Pima, case number C20131929.  A true and correct

8  copy of the Judgment is attached hereto as Exhibit A and incorporated herein by reference.

9      5.    In the Superior Court action, Plaintiff alleged that Defendant Seth Michael Winters,

10 acting on behalf of his marital community with Genevieve Alyce Winters, and while an employee of

11 Plaintiff, utilized Plaintiff's computer system, including Plaintiff's e-mail account and Master Job Files,

12 to successfully solicit Plaintiff's customers for a rival business which he formed, Invierno Design, LLC,

13 by utilizing Plaintiff's proprietary, confidential, and trade secret information, after which, he terminated

14 his employment with Plaintiff and began working for the rival business, all to the serious detriment of

15 Plaintiff.

16     6.    Plaintiff's claims against Defendants in the Superior Court action included breach of

17 fiduciary duty, tortious interference with business relations, unfair competition, defamation, and

18 conversion.  Claims also lie for fraud, embezzlement, larceny, and/or willful and malicious injury to

19 Plaintiff's property.

20     7.    At the conclusion of the trial on the Complaint, the jury returned a verdict in favor of

21 Metric and against both Seth and Genevieve Winters, finding that Metric was entitled to an award of

22 both compensatory and punitive damages against both Seth and Genevieve Winters as a result of

23 actions against Metric.

24                          Count One (§523(a)(4))

25     8.    Plaintiff realleges all of the allegations of paragraphs 1 through 7 above as if fully set

-2-

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

1  forth here.

2      9.     Defendants are indebted to Plaintiff for the full amount of the Judgment, including

3  interest and legal fees, based on the Jury's determination that Seth Michael Winters owed a fiduciary

4  duty to Plaintiff, that Seth Michael Winters committed the acts as alleged by Plaintiff for the benefit

5  of his marital community with Genevieve Alyce Winters, and the finding that Metric was entitled to

6  an award of both compensatory and punitive damages against Defendants for these actions.

7      10.    By violating his fiduciary duty to Plaintiff, and committing the acts giving rise to the

8  claims listed in paragraph 6 above, the debt owed by Defendants to Plaintiff is nondischargeable under

9  §523(a)(4) of the Bankruptcy Code.

10                              Count Two (§523(a)(6))

11     11.    Plaintiff realleges all of the allegations of paragraphs 1 through 10 above as if fully set

12  forth here.

13     12.    As proven at the trial on Plaintiff's Complaint, or evidenced by the Judgment,

14  Defendants' actions against Plaintiff caused Plaintiff substantial financial losses.  Defendants' actions

15  resulted in cancelled contracts and loss of income to Plaintiff.

16     13.    By all of these actions, Defendants willfully and maliciously caused injury to Plaintiff

17  and/or Plaintiff's property.

18     14.    The debt of Defendants to Plaintiff for such actions, including conversion which injured

19  Plaintiff and its property, and the other claims listed in paragraph 6 above, is nondischargeable under

20  §523(a)(6) of the Bankruptcy Code.

21     Wherefore, Plaintiff requests that the Court determine that all of the debt owed by Defendants

22  to Plaintiff is nondischargeable, and that Plaintiff have judgment against Defendants and each of them

23  for the full amount of the debt owing under Plaintiff's Judgment, including all interest accrued and

24  accruing, plus legal fees and costs, and all additional relief as the Court deems just, reasonable and/or

25

-3-

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

1 | appropriate.

2 |      DATED this 24th day of February, 2016.

3 |                         WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.

4 |

5 |                         By */s/ Steven M. Cox*
                          Steven M. Cox
                          Attorneys for Metric Roofing, Inc.

6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

-4-